IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMERICAN MODERN HOME INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>KAYLA FULTON, *et al.,*<br><br>Defendants. | CV 20-113-BLG-SPW-TJC<br><br>ORDER |

Plaintiff's filed this action on July 24, 2020, alleging various causes of action arising out of insurance coverage for bodily injury from a dog bite. (Doc. 1.) The Court notes that among Defendants a minor is identified by name. Pursuant to Fed. R. Civ. P. 5.2(a)(3) and 5.2(d), and in conformance with the Guide for Filing in the District of Montana § 6(d)(i), the Complaint shall be sealed and a redacted complaint shall be re-filed naming the minor by initials only.

Accordingly,

IT IS HEREBY ORDERED that the Complaint (Doc. 1) be SEALED and Plaintiff shall re-file a redacted complaint in conformance with the above rules and guidance.

IT IS FURTHER ORDERED that the Clerk of Court amend the docket caption to reflect the named parties in the redacted complaint.

DATED this 17th day of August, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge